UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| BREYANNA MCMILLIAN, | ) | |
| Plaintiff, | ) | Civil Action No. 5: 18-189-DCR |
| V. | ) | |
| GMRI, INC., | ) | **JUDGMENT** |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is granted in favor of Defendant GMRI, Inc. with respect to all claims asserted in this action.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: April 22, 2019.

Signed By:
*Danny C. Reeves*
United States District Judge